UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR88-286-RSM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| DANIEL RAY SPELL, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on December 28, 2006. The United States was represented by AUSA William Redkey and the defendant by William Hines. The proceedings were digitally recorded.

Defendant had been sentenced on or about May 5, 1989, by the Honorable Barbara Jacobs Rothstein on charges of Bank Robbery (4 counts) and Armed Bank Robbery (1 count), and sentenced to 180 months custody, five years supervised release. The conditions of supervised release included the standard conditions plus the requirements that defendant not possess any firearms, and participate in a substance abuse program. On remand, the same sentence was imposed on September 28, 1990.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

01    Mr. Spell was released from custody on July 5, 2002, following pre-release placement in

02 a halfway house.  Following an arrest and charges of DUI, the conditions of supervision were

03 modified on April 3, 2003 to require the defendant to include 120 days of home confinement with

04 electronic monitoring and utilization of a sobrietor. (Dkt. 85.) Following other problems with

05 compliance, supervision was again modified on August 14, 2003 to require up to 120 days in a

06 halfway house/comprehensive sanctions center (CSC).  (Dkt. 86.)  The order was modified on

07 October 9, 2003 to require CSC placement for up to 180 days. (Dkt. 94.)

08    On December 10, 2003, the defendant admitted to violating the conditions of supervised

09 release by using heroin and by failing to successfully complete the CSC placement.  (Dkt. 101.)

10 Defendant was sentenced to time served and required to participate in an intensive outpatient drug

11 treatment program. (Dkt. 104.)  The case was transferred to the Honorable Ricardo J. Martinez

12 on July 7, 2004. (Dkt. 107.)

13    On February 7, 2005, defendant admitted to violating the conditions of supervised release

14 by consuming alcohol on several occasions.  (Dkt. 112.)  The defendant was reprimanded,

15 continued on supervised release, and ordered to comply with the previously imposed substance

16 abuse testing and treatment conditions. (Dkt. 113.)

17    In an application dated November 27, 2006 (Dkt. 116), U.S. Probation Officer Michael

18 J. Larson alleged the following violation of the conditions of supervised release:

19    1.    Consuming alcohol and/or other intoxicants on or before October 28, 2006, in

20 violation of the special condition requiring he abstain from the use of said substances while on

21 supervised release.

22    Defendant was advised in full as to the charge and as to his constitutional rights.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

01   Defendant admitted the alleged violation and waived any evidentiary hearing as to whether

02 it occurred. (Dkt. 117.)

03   I therefore recommend the Court find defendant violated his supervised release as alleged,

04 and that the Court conduct a hearing limited to the issue of disposition.  The next hearing will be

05 set before Judge Martinez.

06   Pending a final determination by the Court, defendant has been released on the conditions

07 of supervision.

08   DATED this 28th day of December, 2006.

09

10                                         *[signature]*
                                            Mary Alice Theiler
                                            United States Magistrate Judge
11

12

13 cc:   District Judge:         Honorable Ricardo S. Martinez
        AUSA:                   William Redkey
14      Defendant's attorney:   William Hines
        Probation officer:      Michael J. Larson

15

16

17

18

19

20

21

22

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3